**AARON, DAUTCH, STERNBERG & LAWSON, LLP**

WILLIAM E. LAWSON
ROBERT C. BOEHM
FRANCIS P. WEIMER

COUNSELLORS AT LAW
CONVENTION CENTER TOWER
43 COURT STREET • SUITE 730
BUFFALO, NEW YORK 14202-3172
TEL: (716) 854-3015
FAX: (716) 854-1716

HOWARD AARON
(1892-1952)

CHARLES DAUTCH
(1898-1979)

LOUIS STERNBERG
(1908-1996)

January 10, 2011

Receipt 1109|203
$3.31
1-11-11
mb

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

    Re: (Case Name) _Steven M. Jacobson_ / Case #10-10608-CLB
        Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $3.31. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

    ____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), or

    _X_ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

    Claimant _GE Money Bank dba JC PENNY CREDIT SERVICES_ Amount $_3.31_
    Claims Register #_4_

                                           _[signature]_
                                  Trustee Name: William E. Lawson



FILED JAN 11 2011 BANKRUPTCY COURT BUFFALO, N.Y.